In the United States District Court

For the District of Rhode Island
(Form mailed APRIL 8TH, 2008)

Alvin Huggins # 124325
Inmate at the Intake
Serive Center of The A.C.I

Enter above the full name of the plaintiff
in this action.

CA 08 129

v.

Civil Action No. ____________

AsloWALL Director of R.I.D.OC, Warden
McCaully warden of I.S.C John lots
Inspector, Doctor PosHkers Head Doctor
For A.C.I, And Correction officers Morris, Frazier, Calabec

Enter above the full name of the defendant
or defendants in this action.

1. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ☐ No ☒

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ____________

____________

Defendants: ____________

____________

2. Court (if federal court, name the district; if state court, name the county):

____________

3. Docket number: ______________________

4. Name of judge to whom case was assigned: ______________________

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

______________________

6. Approximate date of filing law suit: ______________________

7. Approximate date of disposition: ______________________

II. Place of Present Confinement: R.I.D.O.C/A.C.I/ Intake Service Center

A. Did you present the facts relating to your complaint to the Warden or any of the prison officials? Yes ☒ No ☐

B. If your answer is YES:

1. What steps did you take? I wrote to Inspector John lopes who in turn spoke to warden McCaully About Reviewing My Sec. status

2. What was the result? I was Denied my appeal, I then wrote To A.T wall, who wrote the warden I was Denied a Second Time

C. If your answer is NO, explain why not: There was no Explanation or reason that I wouldnt Go to the officials

III. Parties

(In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Alvin Huggins

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants.)

B. Defendant A.T wall is employed as Director of R.I.D.O.C at The R.I.D.O.C (40 Howard Ave)

C. Additional Defendants: Doctor Poshkers, John lopes, warden McCaully C.O's Morris, Frazier and Calabro, lieutants Avila and Paquette.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

On January 6, 2008 I was in E-MOD at the A.C.I intake Center in Cell #210 when I was called out of my cell, Pushed into the wall and Patted Down By officer MORRIS, when nothing was Found I was then stripped naked in the middle of the Rec Room, when still nothing was found the officer slid a gloved Hand over my Buttocks and said I Cant find any contraband, This started a ARGUEMENT Because I Felt violated. He then told me to Get dressed and Began to kick my legs apart for another pat Down, More words were exchange and in a instant I'm being Cliked, Pushed and Repeatedly maced By officers MORRIS, FRAZIER & [illegible], I was (see Attachment)

V. Relief

State briefly exactly what you want the court to do for you. (Make no legal arguments. Cite no cases or statutes.)

I would like to Recieve 350,000, From the R.I.D.O.C in Compensation For Injuries Recieved Both physically and Mentally, and coverage For any Future legal Fee pertaining to Defendents and Plaintiffs Claims in The above Motion.

IV Statement of Claim

Then Taking to seg. lietanant Avila Took pictures of my left eye which was Badly split open and did not instruct officers To Give Me Medical attention which I never Recieved and Excessive Force Packet was Filed. My Diciplinary Hearing was conducted By lieutenant Paquette who Besides the Fact still Found Me Guilty and Gave Me 90 Days segregation Time. Patricia Coyne-Fague, Chief Attorney For ACI, Warden McCaully For the Intake center, John lopes Inspector, Doctor poshiker Head Doctor and A.T. Wall all Recieved written complaints and as a Result I Am Still in Diciplinary confinement and Still Havn't Recieved Medical attention For My Eye

VI. Note:

Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this ALVIN HUGGINS day of 8 th April, 2008.

Alvin Huggins
Signature of plaintiff

ALVIN HUGGINS # 124325
INTAKE SERVICE CENTER
P.O. BOX. 8249, CRANSTON. RI. 02920
Complete address of plaintiff