United States District
Court of Rhode Island

42 USC 1983
Civil Rights
Act

Alvin Huggins
VS
A.T. Wall ETAL

CA 08 129
CA.NO. ______

State of Rhode Island

County of Rhode Island

Affidavit In Support of the Plaintiff's Motion For The Appointment of Counsel

Alvin Huggins, Being Duly sworn, desposes And Says:

I am the plaintiff In the above Entitled Case I Make This Affidavit in Support of My Motion For the Appointment of Counsel.

The Complaint In this Case alleges that the plaintiff was subjected to the Misuse of Force By Several Correctional Officers. Some of whom Actively Beat and Repeatedly pepper sprayed **HIM** And others who watched And Failed To Intervene It alleges that supervisory officials were aware of the violent propensities of some of the officers And are liable For Failing to take Action to Control them The Plaintiff was Subsequently Denied due process In

ALvin HuGGins VS ATWALL etAL

HEARING By HEARING officer, and His appeal was Denied By the warden. He was Denied orderded Medical care By the Prison medical administrator and the Deputy warden For administration.

This is a Complex case Because It Contains SEVERAL Different legal Claims, with EACH claim involving a Different set of Defendents.

1) THE CASE involves MEdical issues that May Require Expert Testimony.

THE plaintiff Has Demanded a Jury Trial.

THE CASE will Require discovery of document and Depositions of a number of witnesses

THE Testimony will Be In sharp Conflict, since the Plaintiff alleges the defendent assualted Him, while THE Defendents in there disciplinary Report asserted that He assualted them

THE Plaintiff Has only a High School Education and no legal Education