**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ALVIN HUGGINS**

**v.** **C.A. No. 08-129 ML**

**A. T. WALL, et al.**

**ORDER**
**DENYING MOTION TO PROCEED *IN FORMA PAUPERIS***

Plaintiff Alvin Huggins, *pro se*, filed a Complaint pursuant to 42 U.S.C. § 1983 on April 11, 2008. Simultaneously, Plaintiff filed a Motion for Leave to Proceed *In Forma Pauperis* and a Motion to Appoint Counsel, both pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2). Accordingly, Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **DENIED, without prejudice.**

Plaintiff has twenty days to re-file the motion and submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the Complaint, or from October 10, 2007 to April 10, 2008. Said copy must show the credits and debits to Plaintiff's prison trust account as well as the monthly balances therein.

Plaintiff's Motion to Appoint Counsel will be addressed, if necessary, after such time, if any, that Plaintiff's Motion to Proceed *In Forma Pauperis* has been granted or the requisite filing fees have been paid.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
April 29, 2008