UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Alvin Huggins

v. CA 08-129ML

A.T. Wall, et al

ORDER

On April 29, 2008, an Order was issued by Magistrate Judge Jacob Hagopian denying without prejudice the plaintiff's motion to proceed without prepayment of fees. However, plaintiff was allowed to refile his Motion and submit a copy of his prison trust account . To date, this motion has not been re- filed nor any responsive pleading received.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed.

DRI LR Cv 21(b).

SO ORDERED:

Mary M. Lisi
Chief U.S. District Judge
September 5 , 2008

Entered as an Order of this Court on September 5 , 2008.

Deputy Clerk